UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAKISHA BELL, individually, and on behalf of all other similarly situated consumers,<br><br>Plaintiff,<br><br>vs.<br><br>ONLINE INFORMATION SERVICES, INC.,<br><br>Defendant. | CIVIL ACTION NO.: 2:18-CV-17783<br><br><br>**STIPULATION EXTENDING TIME TO RESPOND** |

It is hereby stipulated and agreed by and between the attorney for Plaintiff, Sakisha Bell, and L'Abbate, Balkan, Colavita & Contini, L.L.P., attorneys for Defendant, Online Information Services, Inc., that the time within which said Defendant may serve and file a responsive pleading to the Complaint is hereby extended until March 14, 2019.

L'ABBATE, BALKAN, COLAVITA
  & CONTINI, L.L.P.
Attorneys for Defendant,
Online Information Services, Inc.

By: _Alyse Berger Heilern/s/_____
    Alyse Berger Heilpern, Esq.

DATED: February 13, 2019

ZEMEL LAW LLC
Attorneys for Plaintiff,
Sakisha Bell


By: _Daniel Zemel /s/_____
    Daniel Zemel, Esq.

DATED: February 13, 2019

SO ORDERED
*s/James B. Clark*
James B. Clark, U.S.M.J.
Date: 2-14-2019